# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christopher Coon, ) | |
| ) | **REPORT AND RECOMMENDATION** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Trans Am Financial Services, ) | Case No. 1:25-cv-279 |
| ) | |
| Defendant. ) | |

On December 10, 2025, Plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs ("Application"). (Doc. No. 1). The undersigned reviewed the application and concluded that Plaintiff appeared to have ample resources and could therefore pay the civil filing fee. Consequently, the undersigned issued a report recommending that the Court deny the Application and require Plaintiff to pay the civil filing fee by January 23, 2026, to avoid dismissal of this action without prejudice. (Doc. No. 5).

On January 8, 2026, the Court adopted the undersigned's report and recommendation over Plaintiff's objection, denied Plaintiff's Application, required Plaintiff to pay the civil filing fee by January 23, 2026, to avoid the dismissal of this action without prejudice. (Doc. No. 7).

To date Plaintiff has not paid the civil filing fee. Consequently, the undersigned **RECOMMENDS** that the court dismiss this action without prejudice for failure to prosecute. See Miller v. Benson, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have the inherent power to dismiss a case *sua sponte* for failure to prosecute); see also Sterling v. United States, 985 F.2d 411, 412 (8th Cir. 1993) (same); Fed. R. Civ. P. 41(b).

1

## NOTICE OF RIGHT TO FILE OBJECTIONS

Plaintiff shall have until March 6, 2026, to file an objection to this Report and Recommendation. D.N.D. Civ. L.R. 721.(D)(3). Failure to file appropriate objections may result in the recommended action being taken without further notice or opportunity to respond.

Dated this 23rd day of February, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court