## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christopher Coon, | |
| Plaintiff, | |
| vs. | Civil No.: 1:25-cv-00279 |
| Trans Am Financial Services, | |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

[¶ 1]  THIS MATTER comes before this Court on a Report and Recommendation filed by United States Magistrate Judge Clare R. Hochhalter. Doc. No. 8. This Court previously adopted a Report and Recommendation and denied Plaintiff's Motion for Leave to Proceed *in forma pauperis*. Doc. No. 7. In it, the Court indicated that failure to pay the filing and administrative fee by January 23, 2026, would result in a dismissal of this case without prejudice. Id. Because Plaintiff has failed to pay the fees, Magistrate Judge Hochhalter recommends dismissal of this case. Doc. No. 8. Plaintiff has not objected to the Report and Recommendation or paid the filing fee.

[¶ 2]  Having reviewed the record, the Court finds the Report and Recommendation to be persuasive. The Court, therefore, **ADOPTS** the Report and Recommendation and **ORDERS** that this case be **DISMISSED without prejudice**.

[¶ 3]  **IT IS SO ORDERED**.

Dated June 24, 2026.

Daniel M. Traynor, District Judge
United States District Court